

**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: February 5, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 18-51258** |
| **JOEL LANCE LADNER and** | ) | |
| **DANA ANN LADNER,** | ) | **Chapter 13** |
| | ) | |
| Debtors | ) | |
| | ) | |
| **JOEL LANCE LADNER and** | ) | |
| **DANA ANN LADNER,** | ) | |
| | ) | **Adv. Proc. No. 26-06001-KMS** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BLUE WORLD POOLS, INC.,** | ) | |
| | ) | |
| Defendant. | | |

## AGREED ORDER

**COME NOW** Plaintiffs, Joel Lance Ladner and Dana Ann Ladner ("Plaintiffs"), and Defendant Blue World Pools, Inc. ("Defendant"), by and through their undersigned counsel, and announce to the Court by agreement, subject to the Court's approval, that the parties agree upon

65488514 v1

the items set forth below.  The parties are working toward settlement of this adversary proceeding. As such, Defendant shall have up to and including March 9, 2026, to respond to Plaintiff's Complaint.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Defendant shall file a response to the Plaintiff's Complaint on or before March 9, 2026.

## END OF ORDER ##

**APPROVED FOR ENTRY:**

*/s/ Adolyn C. Wyatt*
Adolyn C. Wyatt (MSBN 105514)
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
T:  (205) 458-5373
F:   (205) 458-5373
awyatt@burr.com

*Counsel to Blue World Pools, Inc.*

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackons, MS 39236
Tel: 601-500-5333
Fax: 501-500-5296
jennifer@therollinsfirm.com
trollins@therollinsfirm.com