United States Bankruptcy Court
Southern District of Mississippi

LADNER,
    Plaintiff

Blue World Pools, Inc.,
    Defendant

Adv. Proc. No. 26-06001-KMS

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Mar 11, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Adolyn C. Wyatt, Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203-3284 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Plaintiff DANA ANN LADNER trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Plaintiff JOEL LANCE LADNER trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3

_____



    **SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 11, 2026**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 18-51258** |
| **JOEL LANCE LADNER and** ) | |
| **DANA ANN LADNER,** ) | **Chapter 13** |
| ) | |
| **Debtors** | |
| ) | |
| **JOEL LANCE LADNER and** ) | |
| **DANA ANN LADNER,** ) | |
| ) | **Adv. Proc. No. 26-06001-KMS** |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **BLUE WORLD POOLS, INC.,** ) | |
| ) | |
| **Defendant.** | |

## AGREED ORDER

**COME NOW** Plaintiffs, Joel Lance Ladner and Dana Ann Ladner ("Plaintiffs"), and Defendant Blue World Pools, Inc. ("Defendant"), by and through their undersigned counsel, and announce to the Court by agreement, subject to the Court's approval, that the parties agree upon

65488514 v1

the items set forth below. The parties have settled this adversary proceeding and are working to document the agreement. As such, the deadline for Defendant to respond to Plaintiff's Complaint is extended until July 9, 2026.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Defendant shall file a response to the Plaintiff's Complaint on or before July 9, 2026.

## END OF ORDER ##

**APPROVED FOR ENTRY:**

*/s/ Adolyn C. Wyatt*
Adolyn C. Wyatt (MSBN 105514)
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
T:  (205) 458-5373
F:  (205) 458-5100
awyatt@burr.com

*Counsel to Blue World Pools, Inc.*

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
Tel: 601-500-5333
Fax: 501-500-5296
jennifer@therollinsfirm.com
trollins@therollinsfirm.com

65488514 v1