**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** **Joel Lance Ladner** | **Case No. 18-51258-KMS** |
| **Dana Ann Ladner, Debtors** | **CHAPTER 13** |

**Joel Lance Ladner**
**Dana Ann Ladner, Plaintiffs**

**v.**                                                                          **AP No. 26-06001-KMS**

**Blue World Pools, Inc., Defendant**

### Joint Stipulation of Dismissal with Prejudice

The Plaintiffs, Joel Lance Ladner and Dana Ann Ladner, and the Defendant, Blue World Pools, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows:

1.  The Parties have resolved all claims asserted in this adversary proceeding, which included allegations relating to violations of the discharge injunction.

2.  In connection with that resolution, Defendant has agreed to pay the total sum of $4,650.00 (the "Settlement Funds").

3.  The Settlement Funds are being paid in resolution of a post-discharge dispute and constitute property of the Debtors, not property of the bankruptcy estate, and do not affect administration of the Chapter 13 case or distributions to creditors.

4.  The Debtors have agreed to compensate their counsel, The Rollins Law Firm, from the Settlement Funds in the amount of $2,250.00 for services rendered in connection with this adversary proceeding. The remaining funds shall be disbursed to the Debtors.

5.  The Parties agree that each party shall bear its own costs and expenses except as otherwise provided herein.

6.   Pursuant to Federal Rule of Civil Procedure 41, made applicable by Bankruptcy Rule 7041, the Parties hereby stipulate that this adversary proceeding should be, and is hereby, dismissed with prejudice, with each party to bear its own costs except as stated above.

Dated this April 28, 2026.

Respectfully Submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Counsel for Plaintiffs
The Rollins Law Firm
P.O. Box 13767
Jackson MS 39236
Tel: 601-500-5533
Fax: 501-500-5296
trollins@therollinsfirm.com


/s/ Adolyn C. Wyatt
Adolyn C. Wyatt (MSBN 105514)
Burr & Forman LLP
4230 North 20th Street, Suite 3400
Birmingham AL 36203
T: (205) 458-5373
F: (205) 458-5373
awaytt@burr.com