

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:  Joel Lance Ladner** | **Case No. 18-51258-KMS** |
| **Dana Ann Ladner, Debtors** | **CHAPTER 13** |

**Joel Lance Ladner**
**Dana Ann Ladner, Plaintiffs**

**v.**  **AP No. 26-06001-KMS**

**Blue World Pools, Inc., Defendant**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Joint Stipulation of Dismissal filed by the Parties at Docket No. 8. The Court, being advised that the Parties have reached a resolution of all claims asserted in this adversary proceeding, finds that the relief requested is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED the above-styled adversary proceeding is hereby dismissed with prejudice, with each party to bear its own costs and expenses, except as set forth herein.

##SO ORDERED##

Agreed and Approved:

| | |
|---|---|
| /s/ Thomas C. Rollins, Jr. | /s/ Adolyn C. Wyatt |
| Thomas C. Rollins, Jr. (MSBN 103469) | Adolyn C. Wyatt (MSBN 105514) |
| Counsel for Plaintiffs | Burr & Amp; Foreman LLP |
| The Rollins Law Firm | 4230 North 20th Street, Suite 3400 |
| P.O. Box 13767 | Birmingham AL 36203 |
| Jackson MS 39236 | T: (205) 458-5373 |
| Tel: 601-500-5533 | F: (205) 458-5373 |
| trollins@therollinsfirm.com | awaytt@burr.com |