United States Bankruptcy Court

Southern District of Mississippi

LADNER,

     Plaintiff

Blue World Pools, Inc.,

     Defendant

Adv. Proc. No. 26-06001-KMS

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: May 13, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

**Recip ID**      **Recipient Name and Address**
aty      +   Adolyn C. Wyatt, Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203-3284

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Thomas Carl Rollins, Jr

on behalf of Plaintiff DANA ANN LADNER trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Plaintiff JOEL LANCE LADNER trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 3



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:   Joel Lance Ladner** | **Case No. 18-51258-KMS** |
| **Dana Ann Ladner, Debtors** | **CHAPTER 13** |

**Joel Lance Ladner**
**Dana Ann Ladner, Plaintiffs**

**v.**                                                                    **AP No. 26-06001-KMS**

**Blue World Pools, Inc., Defendant**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Joint Stipulation of Dismissal filed by the Parties at Docket No. 8. The Court, being advised that the Parties have reached a resolution of all claims asserted in this adversary proceeding, finds that the relief requested is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED the above-styled adversary proceeding is hereby dismissed with prejudice, with each party to bear its own costs and expenses, except as set forth herein.

##SO ORDERED##

Agreed and Approved:

| | |
|---|---|
| /s/ Thomas C. Rollins, Jr. | /s/ Adolyn C. Wyatt |
| Thomas C. Rollins, Jr. (MSBN 103469) | Adolyn C. Wyatt (MSBN 105514) |
| Counsel for Plaintiffs | Burr & Amp; Foreman LLP |
| The Rollins Law Firm | 4230 North 20th Street, Suite 3400 |
| P.O. Box 13767 | Birmingham AL 36203 |
| Jackson MS 39236 | T: (205) 458-5373 |
| Tel: 601-500-5533 | F: (205) 458-5373 |
| trollins@therollinsfirm.com | awaytt@burr.com |